THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DUPLEX MOTION PICTURE INDUSTRIES, INC., and Others, Appellants, and INTER-CONTINENTAL FILM LABORATORIES, INC., and Another, Defendants.— Motion for stay denied

upon condition that the Attorney-General stipulate to proceed to trial on Wednesday, March eleventh, at Special Term for trials, or at such other time as the justice there presiding may direct; otherwise, motion granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.